**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00715-REB

KEVIN J. WAGGENER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**MINUTE ORDER**[1]

    The matter comes before the court on plaintiff's **Motion For An Award of Attorney Fees Under 42 U.S.C. § 406(b)** [#26] filed June 21, 2010. The motion is **DENIED WITHOUT PREJUDICE** for failure to include the evidence in support of the motion for an award of attorney fees.

    Dated: June 22, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.